UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. WOOLENS | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 7:23-CV-902-FL |
| KYLE ABRAMS | ) | |
|     Defendant | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the magistrate judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 28, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on June 28, 2023, and Copies To:**
William D. Woolens (via CM/ECF Notice of Electronic Filing)

June 28, 2023                    PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk